FILED

03/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0145

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____

JORRI LYNN CATES,

      Petitioner,

v.

MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA
COUNTY, THE HONORABLE LESLIE HALLIGAN, PRESIDING,

      Respondent.

## ORDER

Upon consideration of Petitioner's motion to file over-length brief, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner's motion is granted and Petitioner may file a Petition in excess of 4,000 words in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2021